UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 107.3.165.61,<br><br>　　　　　　Defendant. | Case No. 25-cv-08478-SK<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Regarding Docket No. 10 |

On December 22, 2025, Plaintiff Strike 3 Holdings, LLC filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Dkt. No. 10.) Because Defendant has not served an answer or motion for summary judgment, the Court HEREBY DISMISSES this case WITHOUT PREJUDICE. All case deadlines and hearings, including the January 5, 2026 case management conference, are HEREBY VACATED. The Clerk is instructed to close this file.

**IT IS SO ORDERED**.

Dated: December 23, 2025



SALLIE KIM
United States Magistrate Judge